G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JEFFREY GILLUM

JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GILLUM,

   Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 to 10, inclusive,

   Defendants.

Case No. 2:12-cv-07554-PA-AGR

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JEFFREY GILLUM against Defendants, MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 through 10, inclusive are dismissed, with prejudice. Plaintiff JEFFREY GILLUM and Defendant MIDLAND CREDIT MANAGEMENT, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 7/5/13

_____
District Court Judge
Central District of California